UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------+-X
UNITED STATES OF AMERICA

                                      :    7:23-CR-00437-NSR-1

     -against-                        :    ORDER
                                      :
Marc Klahr
                                      :
Defendant
                                      :
-----------------------------------X

Nelson Stephan Roman, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to

include the condition of drug testing and treatment as directed

by Pretrial Services.


Dated: White Plains, New York
October  4 , 2024


                              SO ORDERED:


                              _____
                              Nelson S. Roman
                              United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/04/2024