Court Ex. #1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA | **Consent Order of Restitution** |
| v. | |
| MARC KLAHR | 23 Cr. 437 (NSR) |

---

Upon the application of the United States of America, by its attorney, Damian Williams, United States Attorney for the Southern District of New York, Jeffrey C. Coffman and James McMahon, Assistant United States Attorneys, of counsel; the defendant's conviction on Counts One and Two of the Information; and all other proceedings in this case, it is hereby ORDERED that:

### 1. Amount of Restitution

Marc Klahr, the defendant, shall pay restitution in the total amount of $47,928.88, pursuant to 18 U.S.C. §§ 3663, 3663A, and 3664, to the Internal Revenue Service ("IRS"). Upon advice by the United States Attorney's Office of a change of address of the IRS, the Clerk of Court is authorized to send payments to the new address without further order of this Court.

### A. Joint and Several Liability

Restitution is joint and several in full with defendant Jared Rothstein in *United States v. Jared Rothstein*, 23 Cr. 410 (VB). The defendant's liability to pay restitution shall continue

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/24/25

unabated until either the defendant has paid the full amount of restitution ordered herein, or the IRS has recovered the total amount loss from the restitution paid by the defendant and Rothstein.[1]

## 2. Schedule of Payments

Pursuant to 18 U.S.C. § 3664(f)(2), in consideration of the financial resources and other assets of the defendant, including whether any of these assets are jointly controlled; projected earnings and other income of the defendant; and any financial obligations of the defendant; including obligations to dependents, the defendant shall pay restitution in the manner and according to the schedule that follows:

In the interest of justice, restitution will be payable in installments pursuant to 18 U.S.C. § 3572(d)(1) and (2).

The defendant will commence monthly installment payments of not less than $2,000 *OR* at least 10 percent of the defendant's gross income, payable on the 1st of each month, immediately upon the later of the entry of this judgment or release from imprisonment.

While serving any term of imprisonment, the defendant shall make installment payments toward restitution and may do so through the Bureau of Prisons' (BOP) Inmate Financial Responsibility Plan (IFRP). Any unpaid amount remaining upon release from prison in installments of not less than $2,000 *OR* at least 10 percent of the defendant's gross income on the 1st of each month.

This schedule is without prejudice to the Government taking enforcement actions, pursuant to 18 U.S.C. § 3613, to the extent warranted.

---

[1] Additional losses to the IRS in the amount of $58,570.12, for which the defendant would have been liable jointly and severally with Rothstein, defendant Jack Sardis in *United States v. Jack Sardis*, 24 CR 102 (NSR), and defendant George Sanossian in *United States v. George Sanossian*, 24 CR 90 (CS), have already been paid to the IRS by Sanossian. The restitution that is the subject of this Order, in the amount of $47,928.88, is joint and several in full with Rothstein only.

2023.2.16                                                         2

Pursuant to 28 U.S.C. § 2044 and 18 U.S.C. § 3611, the Court shall order any money belonging to and deposited by the defendant with the Clerk of Court for the purposes of a criminal appearance bail bond to be applied to the payment of restitution.

3. **Payment Instructions**

The defendant shall make restitution payments by certified check, money order, or online. Instructions for online criminal debt payments are available on the Clerk of Court's website at https://nysd.uscourts.gov/payment-information#PaymentofCriminalDebt. Checks and money orders shall be made payable to the "SDNY Clerk of Court" and mailed or delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C. § 3611. The defendant shall write his name and the docket number of this case on each check or money order.

Because restitution is owed to the IRS, the Clerk's Office shall forward all apportioned restitution payments to the below addresses within 30 days of receiving said payments from the defendant:

IRS - RACS
Attn: Mail Stop 6261, Restitution
333 W. Pershing Ave.
Kansas City, MO 64108

4. **Change in Circumstances**

The defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation Program) of (1) any change of the defendant's name, residence, or mailing address or (2) any material change in the defendant's financial resources that affects the defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k).

5. **Term of Liability**

The defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b). Subject to the time limitations in the preceding sentence, in the event of the death of the defendant, the defendant's estate will be held responsible for any unpaid balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____          11/26/24
Jeffrey C. Coffman                      DATE
50 Main Street, Suite 1100
White Plains, NY 10606
Tel.: (914) 993-1940

MARC KLAHR


By: _____          12.04.2024
Marc Klahr                              DATE


By: _____          12/5/2024
Joshua D. Martin, Esq.                  DATE
73 Gleneida Ave.
Carmel, NY 10512
Tel.: (845) 225-1025

SO ORDERED:

_____              1/24/2025
HONORABLE NELSON S. ROMÁN              DATE
UNITED STATES DISTRICT JUDGE

2023.2.16                                    4